IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EMMERT INDUSTRIAL CORPORATION,
a corporation, dba EMMERT INTERNATIONAL

       Plaintiff,

  v.

CINGULAR WIRELESS, LLC, a corporation,

       Defendant.

No. CV 07-320-MO

OPINION AND ORDER

**MOSMAN, J.,**

    This matter comes before the court on defendant's Motion to Dismiss (#3). Defendant contends plaintiff has failed to plead its fraud allegations in accordance with Fed. R. Civ. P 9(b)'s particularity requirement. I agree. Moreover, plaintiff provides no argument to the contrary. Defendant's motion is therefore granted. Plaintiff's complaint is dismissed without prejudice. Plaintiff is granted leave to file an amended complaint.

    IT IS SO ORDERED.

    DATED this __15th__ day of June, 2007.

                              /s/ Michael W. Mosman
                              MICHAEL W. MOSMAN
                              United States District Court